**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 26-cv-00188 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge David Weisman** |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF
PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Warner Bros. Entertainment Inc. seeks this Court's authorization to effectuate

service of process by e-mail and electronic publication in an action arising out of 15 U.S.C. § 1114;

Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and/or the U.S. Copyright Act, 17 U.S.C.

§ 101, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 14th day of January 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
Elizabeth Banegas
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com
elizabeth@tme-law.com

*Counsel for Plaintiff Warner Bros.
Entertainment Inc.*

2