# IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WARNER BROS. ENTERTAINMENT INC.,

                Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendants.

Case No. 26-cv-00188

**Judge Manish S. Shah**

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Warner Bros. Entertainment Inc.'s ("Plaintiff" or "WBEI") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS WBEI's Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases").

This Court further finds, on a preliminary basis, that Defendants have sold products bearing unauthorized copies of WBEI's copyrighted works, including the distinctive characters embodied therein (the "HP Copyrighted Works") and/or using infringing and counterfeit versions of WBEI's federally registered trademarks (the "HP Trademarks"). The HP Copyrighted Works are below:

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| VAu001317871 | HARRY POTTER AND THE CHAMBER OF SECRETS (s17) - (STYLE GUIDE) | November 15, 2017 |
| VAu001276814 | HARRY POTTER AND THE DEATHLY HALLOWS STYLEGUIDE PART 1, PHASE 1-4 (S'10) | October 12, 2016 |

[1] The e-commerce store urls are listed on Schedule A hereto.

| | | |
|---|---|---|
| VAu001317698 | HARRY POTTER AND THE DEATHLY HALLOWS - Part 2 (s17) - (STYLE GUIDE) | November 15, 2017 |
| VAu001298367 | HARRY POTTER AND THE GOBLET OF FIRE (s17) style guide | November 16, 2017 |
| VAu001298436 | HARRY POTTER AND THE HALF-BLOOD PRINCE (s17) style guide | November 16, 2017 |
| VAu001298442 | HARRY POTTER AND THE ORDER OF THE PHOENIX (s17) style guide | November 16, 2017 |
| VAu001283955 | HARRY POTTER AND THE ORDER OF THE PHOENIX STYLE GUIDE PHASE TWO JANUARY 2007 (S'06) | October 12, 2016 |
| VAu001298630 | HARRY POTTER AND THE PRISONER OF AZKABAN (s17) style guide | November 16, 2017 |
| VAu001343101 | HARRY POTTER FOUNDATION GUIDE SUPPLEMENT (Styleguide) | July 12, 2018 |
| Vau001343099 | HARRY POTTER FOUNDATION GUIDE SUPPLEMENT CHARACTERS YEAR 2 (Styleguide) | July 12, 2018 |
| VAu001343100 | HARRY POTTER FOUNDATION GUIDE SUPPLEMENT CHARACTERS YEAR 5 | July 12, 2018 |
| VAu001439440 | WIZARDING WORLD -- HARRY POTTER -- SHARE YOUR MAGIC CORE RETAIL GUIDE (Style Guide) | July 19, 2021 |
| PA0002008278 | FANTASTIC BEASTS AND WHERE TO FIND THEM | November 17, 2016 |
| PA0001063646 | HARRY POTTER AND THE SORCERER'S STONE | November 28, 2001 |
| PA0001589476 | HARRY POTTER AND THE SORCERER'S STONE | November 2, 2007 |
| PA0001072578 | HARRY POTTER AND THE PHILOSOPHER'S STONE/SORCERER'S STONE PRESS JUNKET | May 10, 2002 |
| PA0002135920 | FANTASTIC BEASTS: CRIMES OF GRINDEWALD | November 16, 2018 |
| PA0001105748 | HARRY POTTER AND THE CHAMBER OF SECRETS | December 6, 2002 |
| PA0001589481 | Harry Potter and the Chamber of Secrets | November 2, 2007 |
| PA0002348313 | FANTASTIC BEASTS: THE SECRETS OF DUMBLEDORE | April 15, 2022 |
| PA0001222542 | HARRY POTTER AND THE PRISONER OF AZKABAN | July 1, 2004 |
| PA0001589478 | HARRY POTTER AND THE PRISONER OF AZKABAN | November 2, 2007 |
| PA0001279121 | HARRY POTTER AND THE GOBLET OF FIRE | February 15, 2006 |
| PA0001589480 | HARRY POTTER AND THE GOBLET OF FIRE | November 2, 2007 |

| PA0001355547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | September 21, 2007 |
|---|---|---|
| PA0001647906 | Harry Potter and the Half-Blood Prince | October 23, 2009 |
| PA0001721904 | Harry Potter and the Deathly Hallows Part 1 | March 4, 2011 |
| PA0001742099 | Harry Potter and the Deathly Hallows Part 2 | July 22, 2011 |

The HP Trademarks are in the table below:

| Registration Number | Trademark |
|---|---|
| 2,450,787<br>2,450,788<br>2,479,341<br>2,493,484<br>2,497,083<br>2,506,165<br>2,506,166<br>2,525,908<br>2,568,097<br>2,568,098<br>3,926,486<br>5,834,087<br>6,563,454<br>7,133,214 | HARRY POTTER |
| 2,457,302<br>2,526,111<br>2,530,755<br>2,574,410<br>2,683,060<br>2,685,932 |  |
| 5,962,675<br>5,962,676<br>6,707,698<br>6,707,699<br>6,719,187<br>6,907,319<br>7,122,049<br>7,279,539 | MISCHIEF MANAGED |

| | |
|---|---|
| 6,936,678<br>6,936,703<br>6,936,706<br>6,936,715<br>6,936,716<br>6,943,316<br>7,547,095 | EXPECTO PATRONUM |
| 6,621,695<br>6,621,696<br>6,621,698 | NIMBUS 2000 |
| 5,945,688<br>5,945,689<br>5,945,690<br>5,945,691<br>6,701,853<br>6,701,854<br>6,809,199 | BOWTRUCKLE |
| 5,994,184<br>5,994,185<br>6,011,345<br>6,011,346<br>6,011,347<br>6,011,348<br>6,050,795 | PORPENTINA GOLDSTEIN |
| 5,935,739<br>5,935,740<br>5,935,742<br>6,011,349<br>6,011,350<br>6,011,351<br>6,011,352<br>6,011,353 | QUEENIE GOLDSTEIN |
| 5,964,717<br>6,119,654<br>6,119,655<br>6,240,287<br>6,240,288<br>6,974,711<br>7,037,272 | I SOLEMNLY SWEAR THAT I AM UP TO NO GOOD |
| 6,011,334<br>6,011,335<br>6,011,336<br>6,011,337<br>6,011,338 | NO-MAJ |

| | |
|---|---|
| 5,994,186<br>5,994,187<br>5,994,188<br>5,994,189<br>5,994,190<br>6,011,354 | JACOB<br>KOWALSKI |
| 5,970,982<br>5,970,983<br>5,970,984<br>5,970,985<br>5,970,986<br>5,970,987<br>5,970,988 | PERCIVAL<br>GRAVES |
| 4,560,670<br>4,941,597<br>6,072,780 | GRINGOTTS |
| 5,625,574<br>6,017,086 | GOLDEN<br>SNITCH |
| 5,851,547<br>5,851,548<br>5,851,549<br>5,851,550<br>5,851,551<br>5,851,552 | ACCIO |
| 5,867,701<br>5,867,702<br>5,867,704 | THE BLIND PIG |
| 5,845,456<br>5,845,457<br>5,845,460<br>5,850,786<br>5,850,787<br>5,850,790<br>5,850,792<br>5,850,796<br>5,882,924 | MACUSA |

| | |
|---|---|
| 2,491,427<br>2,495,015<br>2,497,076<br>2,550,774<br>3,986,326<br>3,986,328<br>4,053,475<br>5,396,287<br>5,497,874<br>5,799,829 | HOGWARTS |
| 5,710,360<br>5,734,453<br>5,921,351<br>5,956,041 | FANTASTIC BEASTS |
| 5,100,666<br>5,114,810<br>5,137,845<br>5,218,768<br>5,245,110<br>5,306,455<br>5,340,954<br>5,793,687<br>5,793,690<br>5,793,692<br>5,849,244 | FANTASTIC BEASTS AND WHERE TO FIND THEM |
| 5,769,819<br>5,769,820<br>5,769,821<br>5,769,822<br>5,769,823<br>5,769,824<br>5,775,620<br>5,775,621<br>5,918,254<br>5,951,365<br>6,228,613<br>6,228,614<br>6,694,545 | FANTASTIC BEASTS: CRIMES OF GRINDELWALD |

| | |
|---|---|
| 5,124,606<br>5,142,072<br>5,241,734<br>5,241,735<br>5,793,707<br>5,793,708<br>5,793,709<br>5,793,711<br>5,894,692 | NEWT<br>SCAMANDER |
| 5,680,668<br>5,680,669<br>5,910,044<br>5,910,045<br>5,910,046<br>5,910,047<br>5,945,686<br>6,195,792<br>6,701,852 | NIFFLER |
| 6,159,282<br>6,365,013 | MAGICAL<br>MISCHIEF |
| 5,800,492<br>5,800,493<br>5,800,494<br>5,935,579 | DEMIGUISE |
| 5,799,864<br>5,799,869<br>5,930,436 | FWOOPER |
| 5,109,849<br>5,109,878 | TIME-TURNER |
| 4,876,091<br>5,142,071<br>5,561,924 | CHUDLEY<br>CANNONS |
| 5,956,169<br>6,245,804<br>6,329,124 | PORTKEY<br>GAMES |
| 3,652,894<br>4,870,849 | LUNA<br>LOVEGOOD |
| 3,958,443 | ZONKO'S |
| 3,975,162<br>4,194,934<br>5,487,385 | OWL POST |
| 4,863,368<br>4,868,504<br>5,223,440 | TALES OF<br>BEEDLE THE<br>BARD |
| 3,931,730 | FLIGHT OF THE<br>HIPPOGRIFF |

| | |
|---|---|
| 4,663,862<br>5,271,512 | LEAKY CAULDRON |
| 4,237,725<br>4,581,231<br>4,632,764<br>5,131,616<br>5,561,303 | MUGGLE |
| 2,632,412 | MUGGLES |
| 3,059,408<br>4,973,854 | DEMENTOR |
| 3,868,831<br>5,012,596<br>5,306,653<br>5,306,713<br>5,389,930<br>5,389,999<br>5,414,521<br>5,414,522<br>5,419,836<br>5,460,527<br>5,511,035<br>5,573,030 | BUTTERBEER |
| 2,719,635<br>3,994,446<br>4,023,251<br>4,226,195<br>4,227,388<br>4,396,409 | RAVENCLAW |
| 2,508,004<br>2,525,903<br>3,994,447<br>4,002,983<br>4,023,252<br>4,026,600<br>4,132,174 | SLYTHERIN |
| 2,480,839<br>2,516,387<br>2,607,934<br>3,998,723<br>3,998,724<br>4,019,867<br>4,023,249 | GRYFFINDOR |

| Number | Mark |
|---|---|
| 2,505,434 3,994,445 4,002,982 4,023,250 4,061,026 4,074,874 | HUFFLEPUFF |
| 3,901,355 4,664,387 7,185,871 | OLLIVANDERS |
| 2,483,583 2,502,927 4,012,945 4,573,507 | HEDWIG |
| 6,770,302 6,770,307 | HEDWIG'S THEME1F[2] |
| 7,356,891 7,375,778 | AVADA KEDAVRA |
| 7,356,889 7,503,442 | WINGARDIUM LEVIOSA |
| 7,062,280 | |
| 6,761,342 | PIN SEEKING |
| 4,969,076 5,091,446 | PLATFORM 9 ¾ |
| 7,190,551 7,190,552 7,190,553 7,340,488 7,340,489 7,409,185 7,409,186 7,409,187 7,409,188 7,613,821 | |
| 7,164,728 | GLADRAGS WIZARDWEAR |

[2] These are sound marks consisting of the first fifteen bars of "Hedwig's Theme," a musical motif used in all eight *Harry Potter* films.

| | |
|---|---|
| 2,919,933<br>3,056,159 | BUCKBEAK |
| 2,456,415<br>2,483,585<br>3,986,052<br>3,986,060<br>4,019,970<br>4,109,233 | QUIDDITCH |
| 2,595,096<br>2,759,251<br>3,177,731 | THE SORTING HAT |
| 2,528,301<br>2,621,823 | HAGRID |
| 2,458,608<br>4,009,793<br>4,183,615 | HERMIONE GRANGER |
| 2,456,416<br>2,570,390<br>3,948,415 | RON WEASLEY |
| 2,702,878<br>3,966,674 | ALBUS DUMBLEDORE |
| 3,901,354<br>3,975,167<br>4,338,994 | HONEYDUKES |
| 3,929,808<br>4,488,713 | HOG'S HEAD |
| 3,887,250 | THREE BROOMSTICKS |
| 5,387,002 | HOGSMEADE |
| 6,701,053 | MIRROR OF ERISED |
| 6,629,012 | HAGRID'S MAGICAL CREATURES MOTORBIKE ADVENTURE |
| 7,026,102 | WIZARDING WEDNESDAYS |
| 6,732,155<br>7,770,808 | DARK ARTS |
| 6,463,985 | NICOLAS FLAMEL |
| 6,441,675 | WIZARDING PASSPORT |
| 6,323,348 | KEYS AND CURIOS |

| | |
|---|---|
| 7,096,177 | DAILY PROPHET |
| 7,080,625 | PHOENIX WAND |
| 5,798,353 | HARRY POTTER: HOGWARTS MYSTERY |
| 5,751,749 | HARRY POTTER AND THE CURSED CHILD |
| 4,983,875 | DOBBY |
| 2,701,382 | SNAPE |
| 2,489,063 | BERTIE BOTT'S EVERY FLAVOR BEANS |
| 2,801,298 | FAWKES |
| 4,049,613 | DIAGON ALLEY |
| 4,060,320 | PROFESSOR DUMBLEDORE |
| 3,929,202 | HARRY POTTER AND THE FORBIDDEN JOURNEY |
| 3,890,843 | DERVISH AND BANGES |
| 6,348,112 | KNIGHT BUS |
| 4,425,852 | REMEMBRALL |
| 4,198,833 | GINNY WEASLEY |
| 3,508,583 | DUMBLEDORE'S ARMY |
| 2,669,605 | LORD VOLDEMORT |
| 2,643,496 | SCABBERS |
| 3,917,661 | MAGIC NEEP |
| 2,579,560 | DRACO MALFOY |
| 3,005,958 3,378,405 | HARRY POTTER AND THE SORCERER'S STONE |
| 3,378,401 | HARRY POTTER AND THE CHAMBER OF SECRETS |

| | |
|---|---|
| 2,973,235<br>4,061,080<br>4,498,415 | HARRY POTTER AND THE PRISONER OF AZKABAN |
| 3,104,726<br>4,467,108<br>4,649,583 | HARRY POTTER AND THE GOBLET OF FIRE |
| 3,340,899<br>3,419,797<br>3,419,796<br>3,525,664 | HARRY POTTER AND THE ORDER OF THE PHOENIX |
| 3,709,670<br>3,719,406<br>3,787,931<br>3,818,958<br>3,908,384 | HARRY POTTER AND THE HALF-BLOOD PRINCE |
| 4,050,182<br>4,053,693<br>4,060,897 | HARRY POTTER AND THE DEATHLY HALLOWS |
| 6,124,680<br>6,124,681<br>6,124,683<br>6,124,684<br>6,124,687<br>6,124,688<br>6,124,689<br>6,124,690<br>6,124,691 | MARAUDER'S MAP |
| 3,864,766<br>3,864,767<br>3,864,768<br>3,864,769<br>3,883,225<br>3,894,184<br>3,894,185<br>3,894,186<br>3,911,377<br>3,920,029<br>3,925,834 | THE WIZARDING WORLD OF HARRY POTTER |

| | |
|---|---|
| 6,672,355<br>6,672,356<br>6,834,121<br>6,834,122<br>6,834,123<br>6,901,373 | WIZARDING WORLD |
| 6,096,860<br>6,283,506<br>6,283,507<br>6,283,508<br>6,283,509<br>6,283,510<br>6,283,511<br>6,283,512<br>6,289,772<br>6,289,773<br>6,301,691<br>6,731,980<br>6,754,551<br>6,996,866 |  |
| 4,973,375<br>5,129,404 |  |
| 4,928,689<br>4,952,370<br>5,166,914 |  |

| | |
|---|---|
| 5,140,245 |  |
| 5,660,150<br>5,660,152<br>5,660,154<br>5,660,156<br>5,660,158<br>5,660,159 | |
| 5,665,723<br>5,666,311<br>5,779,064<br>5,797,424 | |

| | |
|---|---|
| 5,628,824<br>5,656,809<br>5,656,810<br>5,656,811 |  |
| 5,779,069<br>5,797,356<br>5,797,427<br>5,871,006 | |
| 5,571,738<br>5,571,739<br>5,581,853<br>5,581,854 | |

| | |
|---|---|
| 5,797,321<br>5,797,357<br>5,797,425<br>5,797,457 |  |
| 5,581,845<br>5,581,846<br>5,581,847<br>5,581,848 | |
| 5,757,632<br>5,757,641<br>5,757,764<br>5,811,075 | |

| | |
|---|---|
| 5,656,812<br>5,656,813<br>5,656,814<br>5,656,815 | <br>RAVENCLAW |
| 5,698,239<br>5,698,240<br>5,698,242<br>5,698,243 | <br>DRACO DORMIENS NUNQUAM TITILLANDUS |
| 7,771,005 | HARRY POTTER<br>QUIDDITCH<br>CHAMPIONS |
| 7,729,730 | LUMOS<br>MAXIMA |
| 7,771,004 | QUIDDITCH<br>CHAMPIONS |

This Court also finds that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of WBEI's previously granted Motion for Entry of a Temporary Restraining Order establishes that WBEI has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that WBEI will suffer irreparable harm if the injunction is not granted.

Specifically, WBEI has proved a *prima facie* case of trademark infringement because (1) the HP Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the HP Trademarks, and (3) certain Defendants' use of the HP Trademarks is causing a likelihood of confusion as to the origin or sponsorship of those Defendants' Unauthorized Harry Potter Products with WBEI. WBEI has also proved a *prima facie* case of copyright infringement because WBEI has demonstrated that (1) WBEI is the owner of the valid and enforceable HP Copyrighted Works, and (2) certain Defendants, without any authorization from WBEI, or under any right under law, have deliberately copied, displayed, distributed, reproduced, and/or made derivative works incorporating the HP Copyrighted Works on the Seller Aliases and the corresponding Unauthorized Harry Potter Products. Furthermore, Defendants' continued and unauthorized use of the HP Trademarks and/or copying of the HP Copyrighted Works irreparably harms WBEI through diminished goodwill and brand confidence, damage to WBEI's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, WBEI has an inadequate remedy

at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all other persons acting in active concert or participation with them be preliminary enjoined or restrained from:

   a. using the HP Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not WBEI's genuine product or not authorized by WBEI to be sold in connection with the HP Trademarks;

   b. reproducing, distributing copies of, making derivative works of, or publicly displaying the HP Copyrighted Works in any manner without the express authorization of WBEI;

   c. passing off, inducing, or enabling others to sell or pass off any product as WBEI's genuine product or any other product produced by WBEI, that is not WBEI's or not produced under the authorization, control, or supervision of WBEI and approved by WBEI for sale under the HP Trademarks and/or HP Copyrighted Works;

   d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of WBEI, or are sponsored by, approved by, or otherwise connected with WBEI; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner,

products or inventory not manufactured by or for WBEI, nor authorized by WBEI to be sold or offered for sale, and which bear the HP Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear the HP Copyrighted Works.

2.   Upon WBEI's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Seller Aliases, including, without limitation, any online marketplace platforms such as Amazon.com, Inc. ("Amazon"), Dhgate.com ("DHGate"), WhaleCo, Inc. ("Temu"), Roadget Business Pte. Ltd. ("SHEIN"), and Walmart, Inc. ("Walmart") (collectively, the "Third-Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to WBEI expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to disclose:

   a.   the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

   b.   the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendants' Seller Aliases and financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases; and

   c.   any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any

persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, Amazon, Amazon Pay, DHGate, Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), SHEIN, Stripe, Inc. ("Stripe"), Temu, and Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.    Upon WBEI's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the HP Trademarks and/or which bear unauthorized copies of the HP Copyrighted Works.

4.    Any Third-Party Providers, including Amazon, Amazon Pay, DHGate, SHEIN, Temu, Walmart, Payoneer, PayPal, and Stripe shall, within seven (7) calendar days of receipt of this Order:

    a.    locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Andrew Masterson, and any e-mail addresses provided for Defendants by third parties; and

    b.    restrain and enjoin any such accounts or funds from transferring or disposing of funds traceable to the proceeds of the sales of products using the HP Trademarks and/or which bear the HP Copyrighted Works, until further ordered by this Court,

or the expiration of this Order, whichever is earlier. Upon a showing that restrained assets are not attributable to the sale of products using the HP Trademarks and/or which bear the HP Copyrighted Works, the Court will modify the asset restraint.

5. WBEI is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendants' Seller Aliases and financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases.

6. WBEI is authorized to issue the expedited discovery requests authorized by Paragraph 5 via e-mail. Defendants shall respond to any such discovery requests within seven (7) calendar days of being served via e-mail.

7. WBEI may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 3 to the Declaration of Andrew

Masterson and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Andrew Masterson [16], and the TRO [23] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in accordance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules.

10. The fifty thousand dollar ($50,000) bond posted by WBEI shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: February 17, 2026

IT IS SO ORDERED:

_____
Manish S. Shah
United States District Judge

**Schedule A**

| No. | Seller Alias | Infringement Type | URL |
|-----|-------------|-------------------|-----|
| 1 | gymind | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2ZY7YVGS2E7LB&asin=B0DJSMSQ4T&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 2 | hadukeji | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A356A8QNYQCJOS |
| 3 | XIKAINUO | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A286K9PHG4GH8S |
| 4 | trianglee | Trademark only | https://www.dhgate.com/store/top-selling/21227388.html |
| 5 | DUGO | Trademark only | https://dugostore.com/ |
| 6 | Maturelion | Trademark only | https://www.maturelion.com |
| 7 | BambooVNBBI | Trademark only | https://www.walmart.com/global/seller/101561782 |
| 8 | BEAUTI US | Trademark only | https://www.walmart.com/global/seller/101683834 |
| 9 | ConeJade Mart | Trademark only | https://www.walmart.com/global/seller/102840295 |
| 10 | DEELLEEO Co. Ltd | Trademark only | https://www.walmart.com/global/seller/101295652 |
| 11 | PHAM VU NGUYET MINH | Trademark only | https://www.walmart.com/global/seller/102799903 |
| 12 | xinmingkeji | Trademark only | https://www.walmart.com/global/seller/102779716 |
| 13 | afantu | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A286K9PHG4GH8S |
| 14 | Asuaxy-US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AHEHBRQ5M9GEU |
| 15 | CaptainWiz | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1GB9U6PMQJ6YD |
| 16 | DANG VUI SHOP | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3CIBO3LFTKN86 |
| 17 | Deesun | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3ARSIVI7AC53R |
| 18 | DZ ART-US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=ARSWWG29HBYGR |

| | | | |
|---|---|---|---|
| 19 | Enchant Zone | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1S2FZZ4LPXFGZ |
| 20 | Fisemira | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1DXF2A88AWDBK |
| 21 | GANTIORAIN | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3UY8ZXBK1NY9N |
| 22 | habini | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A9PYOC5FZSCCU |
| 23 | HIEMTASINZA | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A111I3R76UYD5X |
| 24 | Huyhoanghaihayaabb | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A45UZ1195CLNR |
| 25 | HVIAOHVTK | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A20S1IL94MKU8A |
| 26 | LIEMBDRTHQE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A27K88EIR3NMY6 |
| 27 | NGO THI THU HANG000 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3V7ZSNCHN42E9 |
| 28 | NGUYEN TUAN PHONG TP0806 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A16W21W423QUQI |
| 29 | OTNGTIREN | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A33BDGKHM2EUHI |
| 30 | PHAM CONG ANH2K2 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3B6A5RRMJ2NSB |
| 31 | QY Party Supplies | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A29HM4K2P6ATAB |
| 32 | seasonfa | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A7ITNN26HGU6H |
| 33 | Superpilot | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1FDRGMJ5I4N00 |
| 34 | Vanchief | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AXSF4HRX5QENT |
| 35 | VIETCONGNGUYEN634 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AZLIP83ZP2D3E |
| 36 | VTH98ADCC | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2WXP6UV3492X4 |
| 37 | YIZhe-US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2BJV5J2Q37LJ3 |
| 38 | belleoversize | Copyright only | https://www.belleoversize.com |
| 39 | gw-style | Copyright only | https://www.gw-style.com |
| 40 | Lumitero | Copyright only | https://lumitero.com |
| 41 | Magic Paper Wand | Copyright only | https://www.magicpaperwand.com |
| 42 | saleswellhub | Copyright only | https://www.saleswellhub.com |
| 43 | AYW Jewelry | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217493570 |

| | | | |
|---|---|---|---|
| 44 | hansongzg | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418213503114 |
| 45 | Mist Gems | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226184298 |
| 46 | OOIIshop | Copyright only | https://www.temu.com/ooiishop-m-634418219397681.html |
| 47 | strawbarry happy | Copyright only | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221963529 |
| 48 | 43LOTUS | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1103SF76T4FM1 |
| 49 | Aiftiko Jewelry Store | Trademark and Copyright | https://www.amazon.com/sp?seller=A287UP81MNNP1A |
| 50 | HJYLLKK | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1OYSU0SLNY0SN |
| 51 | HSKEJI | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2R0DFH9ZM1976 |
| 52 | laiqidou | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1WLNR3S34RKD1 |
| 53 | Linyi Bangman Trading Co., Ltd | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A259I9P02RPL94 |
| 54 | ShiJiaZhuangShiYuMiMaoYiYouXianGongSi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2X9GUODH2FDLJ |
| 55 | Strange Tools-US ★ ★ ★ ★ ★ | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A34N7CE2P1PJBO |
| 56 | TVP 8X | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2Y8K5TJK2ROLU |
| 57 | VIỆT HOÀNG SHOP22334455 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A11PO4EHIMU8VM |
| 58 | 乐玩童品铺 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2XL8IMIQGJKPJ |
| 59 | customgoods | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22040929.html |
| 60 | uk_coventry | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22021190.html |
| 61 | uk_ely | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22021197.html |
| 62 | BlingCharming | Trademark and Copyright | https://blingcharming.com |
| 63 | Chinmay Yoga | Trademark and Copyright | https://www.zrzahid.com |
| 64 | The Organic Habitat | Trademark and Copyright | https://theorganichabitat.com/ |
| 65 | Huaba | Trademark and Copyright | https://us.shein.com/store/home?store_code=6723646296 |

| | | | |
|---|---|---|---|
| 66 | Emberone | Trademark and Copyright | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224886907 |
| 67 | changshashifangchiguanshang | Trademark and Copyright | https://www.walmart.com/global/seller/102833996 |
| 68 | jielinbaihuogongsi | Trademark and Copyright | https://www.walmart.com/global/seller/102894398 |
| 69 | LOGGREE TOY | Trademark and Copyright | https://www.walmart.com/global/seller/101638707 |
| 70 | sanzhishushangmao youxiangongsi | Trademark and Copyright | https://www.walmart.com/global/seller/102847167 |