**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WARNER BROS. ENTERTAINMENT INC.,

                    Plaintiff,

    v.

GYMIND, et al.,

                    Defendants.

Case No. 26-cv-00188

**Judge Manish S. Shah**

**Magistrate Judge David Weisman**

## <u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Warner Bros.

Entertainment Inc. hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| Deesun | 17 |

Dated this 20th day of March 2026.

Respectfully submitted,

<u>/s/ Martin F. Trainor</u>
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros.
Entertainment Inc.*

1