**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br> v. <br><br> GYMIND, et al., <br><br> Defendants. | Case No. 26-cv-00188 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge David Weisman** |

**STIPULATION OF DISMISSAL**

Plaintiff Warner Bros. Entertainment Inc. and Defendant belleoversize ("Defendant") hereby jointly stipulate to the dismissal with prejudice of Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

1

2

Dated this 31st day of March 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros.*
*Entertainment Inc.*


/s/ Jianyin Liu
Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave, Unit 20C
Palmetto Bay, FL 33157
(305) 209 6188
jamesliulaw@gmail.com

*Counsel for Defendant belleoversize*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to all parties of record in this case.

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros.*
*Entertainment Inc.*

3