**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.,<br><br>    Plaintiff,<br>   v.<br><br>GYMIND, et al.,<br><br>    Defendants. | Case No. 26-cv-00188<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge David Weisman** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Warner Bros.

Entertainment Inc. hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| DEELLEEO Co. Ltd | 10 |
| CaptainWiz | 15 |
| Enchant Zone | 19 |

Dated this 3rd day of April 2026.          Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros.
Entertainment Inc.*

1